**Order entered March 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00192-CV
### No. 05-13-00193-CV

**IN RE JOHN CLOUD, Relator**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F93-61603, F93-61604**

## ORDER

The Court has before it relator's March 5, 2013 petition for judicial notice. The Court

**DENIES** the motion.

/s/     JIM MOSELEY
JUSTICE